THE PRATT AND WHITNEY COMPANY, Respondent, *v.* THE AMERICAN PNEUMATIC TOOL COMPANY, Appellant.

*Pratt & Whitney Co.* v. *Pneumatic Tool Co.,* 50 App. Div. 369, affirmed.
(Argued February 5, 1901; decided February 26, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 30, 1900, affirming a judgment in favor of plaintiff entered

upon a verdict directed by the court, and an order denying a motion for a new trial.

*James M. Fisk* for appellant.

*Edwin D. Worcester, Jr.,* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.